LAW OFFICE OF ERIC HONIG
ERIC HONIG (SBN: 140765)
P.O. Box 10327
Marina Del Rey, CA 90295
erichonig@aol.com
Telephone: (310) 314-2603
Fax: (310) 943-2220

ASTOURIAN & ASSOCIATES, INC.
PARO ASTOURIAN, ESQ. (SBN: 225488)
35 East Union Street, Suite D
Pasadena, CA 91103
Tel: (626) 795-7922
Fax: (626) 795-6884
paro@astourianlaw.com

Attorneys for Claimants
Javier Marquez, Romelia Marquez, Abel Marquez, and Cynthia Vencebi

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>$2,757,564.00 IN U.S. CURRENCY AND TWO ITEMS OF JEWELRY,<br><br>Defendants.<br><br>JAVIER MARQUEZ, ROMELIA MARQUEZ, ABEL MARQUEZ and CYNTHIA VENCEBI,<br><br>Claimants. | Case No. CV 14-2320-FMO (AJWx)<br><br>**PROTECTIVE ORDER**<br><br>[Discovery Matter] |

The Court, having considered the stipulation of the parties with respect to the disclosure of information in discovery in this matter and good cause appearing therefor, the Court hereby ORDERS as follows:

1.  The claimants Javier Marquez, Romelia Marquez, Abel Marquez and Cythia Vencebi (collectively, "Claimants") may produce to the United States of America (the "U.S.") discovery in this matter that includes: the personal and private information of the Claimants and/or third parties including, but not limited to, personal financial information, names, address, telephone numbers, e-mail addresses, social security numbers, driver's license numbers, telephone numbers, dates of birth, bank records, bank account numbers, tax return information, and similar types of information (collectively, "profile information").

2.  The Claimants shall identify such information in discovery by using the following designation on the documents, on a diskette cover, or in an accompanying cover letter: "CONFIDENTIAL INFORMATION – SUBJECT TO PROTECTIVE ORDER."

3.  The U.S. and its counsel shall use the documents that are designated as confidential only for the purposes of this case, and shall not disclose the documents to non-parties except as needed for the prosecution of the case, and only if the non-party agrees, in writing, to be bound by the terms of a protective order prohibiting the disclosure of the documents, or the confidential information contained therein, to other third parties.

4.  Within 90 days of the conclusion of this action (including any appeals), the U.S. shall either: (1) return all designated documents to the Claimants, as well as all copies of all notes, memoranda, or other documents containing confidential information obtained from the designated documents, or (2) destroy the documents and certify in writing to counsel for the Claimants that the documents have been destroyed.

5.  Absent a further order of the Court, designated documents shall not be filed with or submitted to the Court, or reproduced in any court filings, unless the documents are placed under seal or all profile information or other has been removed.

6.  Prior to trial, no party shall disclose designated documents in open court without prior

1 | consideration by the Court.
2 | IT IS SO ORDERD.
3 |
4 | Dated:  October 20, 2016

_____
THE HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE